RICKEY E. DANIELS, Appellant, v JOSEPH P. DEPASQUALE et al., Defendants, and ERIE PAINTING & MAINTENANCE, INC., Respondent. (Appeal No. 1.) [827 NYS2d 917]—Appeal from an order of the Supreme Court, Erie County (Christopher J. Burns, J.), entered February 28, 2006 in a personal injury action. The order denied plaintiff's motion to set aside the jury verdict and for a new trial on the issues of negligence and proximate cause.

It is hereby ordered that said appeal be and the same hereby

is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Hurlbutt, J.P., Martoche, Centra, Fahey and Green, JJ.